CHARLES GILLMAN, RESPONDENT, v. THOMAS SORVEN-
TINO, APPELLANT.

Argued February 3, 1926—Decided May 17, 1926.

On appeal from the Supreme Court, whose opinion is re-
ported in 101 *N. J. L.* 447.

For the respondent, *Richard Doherty.*

For the appellant, *Sullivan & Meehan.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Mr. Justice Minturn.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.